**WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP**


MEMO ENDORSED

Annie P. Kubic
Ext. 412
E-mail: akubic@westermanllp.com

October 2, 2020

**By ECF**
Judge Kenneth M. Karas
United States District Judge for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Chartwell Therapeutics Licensing LLC v. Harris Pharmaceuticals, Inc.*
Case No. 7:20-cv-912 (KMK)(LMS)

Dear Judge Karas:

On behalf of plaintiff Chartwell Therapeutics Licensing LLC ("Chartwell"), we write to request a short adjournment of the teleconference scheduled for October 13, 2020 (*see* ECF No. 30). The reason for this request is that the undersigned has a previously scheduled doctor's appointment on the same date, and at the same time. This is the first request for an adjournment. Counsel for defendant Harris Pharmaceuticals, Inc. consents to this request, but asks that the conference be scheduled for a date after October 13th.

We thank the Court for its attention to this matter.

Respectfully,

*Annie P. Kubic*

Annie P. Kubic

cc: Michael E. Tracht, Esq. (by ECF)
John K. Gisleson, Esq. (by email) (john.gisleson@morganlewis.com)

*Granted. The conference is moved to 10/26/20, at 11:30.*

*So Ordered*

KMK
10/2/20

02274200.DOCX

ATTORNEYS AT LAW

1201 RXR PLAZA, UNIONDALE, NY 11556
T: 516.622.9200 | F: 516.622.9212 | WWW.WESTERMANLLP.COM